No. 92–5009.  PALMER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 92–5010.  SORENS *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 92–5011.  NICHOLSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 92–5012.  MALINDEZ *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 92–5013.  MAYO *v.* JACKSON ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 92–5016.  HENDERSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 92–5018.  JOHNSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–5019.  HOWARD *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 92–5020.  HINKLE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–5021.  TESTA *v.* TESTA.  C. A. 6th Cir.  Certiorari before judgment denied.

No. 92–5022.  BOTTOM *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 92–5023.  JACKSON *v.* BAILEY.  Sup. Ct. Conn.  Certiorari denied.

No. 92–5026.  BROWN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–5027.  COUSIN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 92–5030.  ELLEN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.